In the Matter of LILLIAN F. LORBER, Respondent, against WILLIAM O'DWYER et al., as Members of the Board of Estimate of the City of New York, Appellants.

Argued April 11, 1951; decided May 24, 1951.

*John P. McGrath, Corporation Counsel* (*Helen R. Cassidy* and *Seymour B. Quel* of counsel), for appellants.

*David Brecher* and *Harry Yodowitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.